A-Z Topics   Site Map   FOIA

Search bop.gov

| Home | About Us | Inmates | Locations | Careers | Business | Resources | Contact Us |

# Find an inmate.

Locate the whereabouts of a federal inmate incarcerated from 1982 to the present. Due to the First Step Act, sentences are being reviewed and recalculated to address pending Federal Time Credit changes. As a result, an inmate's release date may not be up-to-date. Website visitors should continue to check back periodically to see if any changes have occurred.

Find By Number | **Find By Name**

First: Omar
Middle:
Last: Rodriguez-Caba
Race:
Age:
Sex:

1 Result for search **Omar Rodriguez-Caballero**          Clear Form     Search

## OMAR RODRIGUEZ-CABALLERO

Register Number: 48500-069

Age: 43
Race: White
Sex: Male

**Related Links**

Call or email
Send mail/package
Send money
Visit
Voice a concern

Released On: 11/16/2020

About the inmate locator & record availability

About Us — About Our Agency, About Our Facilities, Historical Information, Statistics
Inmates — Find an Inmate, First Step Act, Communications, Custody & Care, Visiting, Voice a Concern
Locations — List of our Facilities, Map of our Locations, Search for a Facility
Careers — Life at the BOP, Explore Opportunities, Current Openings, Application Process, Our Hiring Process
Business — Acquisitions, Solicitations & Awards, Reentry Contracting
Resources — Polic…, New…, Pres…, Pub…, Res…

Contact Us | FOIA | No FEAR Act | Privacy Policy | Information Quality | Website Feedback
USA.gov | Justice.gov | Open Government

---

U.S. District Court
Middle District of Florida
**DEFENDANT'S EXHIBIT**

Exhibit No: 1

Case No:
UNITED STATES OF AMERICA
v.
Omar N. Rodriguez Caballero

Date Identified: 4/29/22

Date Admitted: 4/27/22