UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,    Case No. 6:22-mj-1394

    Plaintiff,         ☐
    Government       ☒        ☐ Evidentiary
                                 ☐ Trial
                                 ☒ Other

v.

OMAR N. RODRIGUEZ-CABALLERO

    Defendant         ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | 4/29/22 | 4/29/22 | Erik Padilla | A | Amended judgment in criminal case, 3:16-cr-52, Doc. 110 |
| 2 | | | | | Osceola County Police Report |
| 3 | | | | | Motion notifying violations of Supervised Release |

---

[1] Type "A" in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.